```
            DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

**ANNE L. STARR AS TRUSTEE FOR THE ANNE** )
**L. STARR REVOCABLE TRUST,**              )
                                           )
        **Plaintiff,**                )
                                           )   Civil No. 2014-10
        v.                           )
                                           )
**NATASHA E. SHORE, NATALINA C. SHORE,**   )
**MICHELLE L. SHORE, and MICHAEL B.**      )
**SHORE,**                                 )
                                           )
        **Defendants.**              )
                                           )

ATTORNEYS:

**Matthew J. Duensing, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, VI
    *For the plaintiff,*

**Natasha E. Shore**
**Natalina C. Shore**
**Michelle L. Shore**
**Michael B. Shore**
    *Pro se defendants.*

## ORDER

**GÓMEZ, J.**

    Before the Court is the motion of the plaintiff, Anne L. Starr as the trustee for the Anne L. Starr Revocable Trust (the "Trust"), for default judgment against the defendants, Natasha E. Shore, Natalina C. Shore, Michelle L. Shore, and Michael B. Shore (collectively the "Shores"). The Trust has also filed two motions for a hearing on the motion for default judgment.

    Default judgment is only permissible where a party has failed to plead or otherwise defend, and where such party is not a member of the military of the United States, or an unrepresented minor or incompetent person. *See* Fed. R. Civ. P. 55; 50 App. U.S.C. § 521 (protection of servicemembers against default judgments).

    The premises considered, it is hereby

    **ORDERED** that the Trust's motion for default judgment is **DENIED**; and it is further

    **ORDERED** that the Trust's motions for a hearing on the motion for default judgment are **MOOT.**

                                                    S\_____
                                                      **CURTIS V. GÓMEZ**
                                                      **District Judge**